IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**DEFENDANT NO. 1: CONTENTS OF ACCOUNT WITH USER ID XXXX5190 SEIZED ON OR ABOUT MAY 5, 2022;**<br><br>**DEFENDANT NO. 2: CONTENTS OF ACCOUNT WITH USER ID XXXX7082 SEIZED ON OR ABOUT MAY 5, 2022,**<br><br>      **Defendants.** | Case No. 22-1154-DDC-ADM |

## WARRANT OF ARREST IN REM AND ORDER FOR NOTICE

TO THE UNITED STATES MARSHAL OF THE DISTRICT OF KANSAS AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      WHEREAS, a verified Complaint of Forfeiture has been filed in this court alleging that the defendants are subject to seizure and forfeiture to the United States; and

      WHEREAS, the court having reviewed the Complaint, the court hereby finds, in accordance with Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions that probable cause exists that the defendants are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because they constitute property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h). The defendants are also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 371 and 1030.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendants, and use discretion and whatever means appropriate to protect and maintain said defendants until further order of the court; and

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendants by sending to such person, or to the attorney representing such person with respect to the seizure of the defendants, a copy of this warrant of arrest in rem, and the verified Complaint, in a manner consistent with the principles of service of process of an action in rem under Rule G(4).

This warrant provides notice that in order to avoid civil forfeiture of the defendants, any person claiming an interest in, or right against, the defendants must file a claim in this court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The claim shall identify the specific property/defendant claimed, identify the claimant and state the claimant's interest in the property, be signed by *the claimant* under penalty of perjury, and a copy served on the government attorney handling the case.  A claimant shall file their claim no later than **thirty-five (35)** days after the date notice is sent; but if direct notice was not sent to the claimant or the claimant's attorney, a claim shall be filed no later than **sixty (60)** days after the first day of publication on an official government internet forfeiture site; or within the time the court allows, provided any request for an extension of time from the court is made prior to the expiration of time which the person must file such verified claim.  **In addition**, any person having filed such claim shall also serve and file an answer to the Complaint no later than **twenty-one (21)** days after the filing of the claim.

All claims, answers, and motions for or concerning defendant properties must be filed with the Office of the Clerk, United States District Court, 401 N. Market, Room 204, Wichita, Kansas 67202,

with copies thereof sent to Assistant United States Attorney Annette Gurney, 301 N. Main, Suite 1200, Wichita, Kansas 67202.

**IT IS SO ORDERED.**

**Dated this 27th day of September, 2022, at Kansas City, Kansas.**

<u>s/ Daniel D. Crabtree</u>
**Daniel D. Crabtree**
**United States District Judge**