UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>DEFENDANT NO. 1:<br>CONTENTS OF ACCOUNT WITH USER ID<br>XXXX5190 seized on or about<br>May 5, 2022,<br><br>DEFENDANT NO. 2:<br>CONTENTS OF ACCOUNT WITH USER ID<br>XXXX7082 seized on or about<br>May 5, 2022,<br><br>    Defendants.<br><br>CFC UNDERWRITING LIMITED,<br><br>COALITION, INC.,<br><br>    Claimants. | Case No. 22-1154-DDC-ADM |

## **APPLICATION FOR CLERK'S ENTRY OF PARTIAL DEFAULT**

COMES NOW the plaintiff United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully submits its application to the Clerk for an entry of partial default.

In support of this motion, the United States shows the Clerk as follows:

1. Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff United States of America, hereby requests that the Clerk of the District Court enter default against all persons and entities having an interest in the defendants, **except as to CFC Underwriting Limited and Coalition, Inc.**, for their failure to file a claim or otherwise defend this action as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions. A Declaration in support of this request is attached hereto as Exhibit A.

WHEREFORE, the United States of America respectfully requests the Clerk to enter default against all persons **except as to CFC Underwriting Limited and Coalition, Inc**.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

/s/Annette Gurney
Annette Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481/Fax (316) 269-6484
KS. S. Ct. #11602
Annette.gurney@usdoj.gov

### CERTIFICATION OF SERVICE

I hereby certify that on the 31st day of August, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
