# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: )<br>CONTENTS OF ACCOUNT WITH USER ID )<br>XXXX5190 seized on or about )<br>May 5, 2022, )<br>)<br>DEFENDANT NO. 2: )<br>CONTENTS OF ACCOUNT WITH USER ID )<br>XXXX7082 seized on or about )<br>May 5, 2022, )<br>)<br>Defendants. )<br>_____ )<br>)<br>CFC UNDERWRITING LIMITED, )<br>)<br>COALITION, INC., )<br>)<br>Claimants. )<br>_____ ) | Case No. 22-1154-DDC-ADM |

**DECLARATION IN SUPPORT OF**
**<u>APPLICATION FOR CLERK'S ENTRY OF PARTIAL DEFAULT</u>**

1. I am an Assistant United States Attorney and represent the plaintiff, United States of America, in this action.

2. A Verified Complaint for Forfeiture was filed against the above-captioned defendants on July 18, 2022. The Complaint alleges that the defendants are subject to forfeiture pursuant to l8 U.S.C. § 981(a)(l)(A) because they constitute property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h). The

defendants are also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 371 and 1030.

3. Pursuant to a Warrant for Arrest (Doc. 3) issued by the Court, all persons interested in the defendants were required to file a claim and answer with the Clerk of the Court within thirty-five days after the Complaint was sent, the final date of publication, or actual notice of this action, whichever occurred first.

4. Notice of this civil forfeiture was posted on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 13, 2022, and ending on January 22, 2023, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   (Doc. 6).

5. On January 9, 2023, a copy of the Complaint and the Notice of Action were sent by the United States Marshal by both first-class mail and certified mail, return receipt requested, to: (Name Redacted) Holdings Limited in Palo Alto, California.   The certified mail was delivered on January 17, 2023.   (Doc. 8).

6. On January 9, 2023, a copy of the Complaint and the Notice of Action were sent by the United States Marshal by both first-class mail and certified mail, return receipt requested, to: (Name Partially Redacted) Gastroenterology in Louisville, Colorado.   The certified mail was delivered on January 17, 2023.   (Doc. 9).

7. On January 9, 2023, a copy of the Complaint and the Notice of Action were sent by the United States Marshal by both first-class mail and certified mail, return receipt requested, to: (Name Partially Redacted) Medical Center in Kansas.   The certified mail was delivered on January 12, 2023.   (Doc. 10).

8. On January 9, 2023, a copy of the Complaint and the Notice of Action were sent by the United States Marshal by both first-class mail and certified mail, return receipt requested, to counsel for (Name Partially Redacted) Medical Center in Kansas. The certified mail was delivered on January 19, 2023. (Doc. 11).

9. On December 21, 2022, a copy of the Complaint and the Notice of Action were sent by email, delivery receipt requested, to the customers' email addresses associated with the defendants, which are virtual currency accounts. The email delivery receipt showed that the emails were successfully delivered on December 21, 2022. (Doc. 12).

10. No statement of interest, claim or answer has been filed in this proceeding by any person or entity, **except by CFC Underwriting Limited and Coalition, Inc.** The United States is unaware of any other person with any possible ownership interest in the defendants.

11. To the best information and belief of the undersigned, the known persons so noticed are not infants or incompetent persons, and are not in the military service of the United States within the purview of the Soldiers' and Sailors' Relief Act of 1940 as amended.

12. Declarant knows of no reason why a default against all persons and entities having an interest in the defendants should not now be entered, **except as to CFC Underwriting Limited and Coalition, Inc.**,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2023.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481

Fax (316) 269-6484
KS. S. Ct. #11602
annette.gurney@usdoj.gov

4